UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YJC TRADE LLC,

                          Plaintiff,

          -against-

BIOBEAT TECHNOLOGIES LTD.,

                          Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/13/2026____

26 Civ. 1131 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

On February 10, 2026, Defendant Biobeat Technologies LTD., filed a notice of removal from the Supreme Court of New York, New York County.  *See* ECF No. 1.

Accordingly, by **February 27, 2026**, Plaintiff shall appear in this action and advise the Court whether it intends to contest removal, and if so, on what basis.  Defendant shall serve this order on Plaintiff, and file proof of service on the docket by **February 20, 2026**.

SO ORDERED.

Dated: February 13, 2026
          New York, New York

_____
ANALISA TORRES
United States District Judge