UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YJC TRADE LLC,

                          Plaintiff,

            -against-

BIOBEAT TECHNOLOGIES LTD.,

                          Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/23/2026_____

26 Civ. 1131 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On February 10, 2026, Defendants removed this action from Supreme Court, New York County.  *See* ECF No. 1.  The Court has been advised via email that Plaintiff intends to contest removal.  Accordingly:

1. By **March 10, 2026**, Plaintiff shall file its motion to remand;
2. By **March 24, 2026**, Defendant shall file its opposition;
3. By **March 31, 2026**, Plaintiff shall file its reply, if any.

SO ORDERED.

Dated: February 23, 2026
       New York, New York

ANALISA TORRES
United States District Judge